**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN K. LEFTRIDGE,

                    Plaintiff,                  17 **CIVIL** 7027 (WHP)

        -against-                             **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,
                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2020, Defendants' motion for summary judgment is granted; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Opinion and Order would not be taken in good faith; accordingly, this case is closed.

**Dated:** New York, New York
           March 31, 2020

                                                             **RUBY J. KRAJICK**
                                                           _____
                                                              **Clerk of Court**
           **BY:**
                                                           _____
                                                              **Deputy Clerk**